## CASE ANNOUNCEMENTS

*August 22, 2008*

[Cite as *08/22/2008 Case Announcements #3,* 2008-Ohio-4290.]

## MOTION AND PROCEDURAL RULINGS

**2008–0331.   State v. Harrison.**
Madison App. No. CA2006–08–028, 2007-Ohio-7078. This cause is pending before the court as an appeal from the Court of Appeals for Madison County. Upon consideration of appellant's emergency motion for stay,

It is ordered by the court that the motion is granted. The requirement that appellant comply with the registration and relocation provisions of R.C. 2950.04 et seq. is hereby stayed pending final disposition of appellant's appeal or further order of this court.

O'DONNELL, J., would deny the motion.

LANZINGER and CUPP, JJ., not participating.

## CASE ANNOUNCEMENTS

*August 25, 2008*

[Cite as *08/25/2008 Case Announcements,* 2008-Ohio-4288.]

## MOTION AND PROCEDURAL RULINGS

**2008–0289.   State ex rel. Barnes v. Cleveland.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for leave to file an amended complaint and respondents' motions for a more definite statement and to strike the amended complaint,

It is ordered by the court that relator's motion for leave is denied and respondents' motions are denied as moot.